# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CALVIN ROUSSELL

VERSUS

CIRCLE K STORE, INC.

NO. 2021 CW 0357

**MAY 24, 2021**

---

In Re:   Circle K Stores, Inc., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 187119.

---

**BEFORE: THERIOT, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT